1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAROSLAW NICZYPORUK and AGNES
NICZYPORUK,

Plaintiffs,

v.

SERVIS ONE INC., LAW OFFICES OF
LES ZIEVE, BENJAMIN PETIPRIN,
BANK OF AMERICA, NA, VENTURES
TRUST 2013-I-H-R by MCM CAPITAL
PARTNERS, LLC, and DOE
DEFENDANTS 1 THROUGH 20,
INCLUSIVE,

Defendants.

NO.  2:16-cv-00118-SAB

ORDER DISMISSING
DEFENDANTS SERVIS ONE
INC., LAW OFFICES OF LES
ZIEVE, BENJAMIN PETAPRIN,
VENTURES TRUST 2013-I-H-R
by MCM CAPITAL PARTNERS,
LLC WITH PREJUDICE

Before the Court is the parties' Stipulated Motion to Dismiss Defendants
Servis One, Inc. d/b/a BSI Financial Services; Law Offices of Les Zieve,
Benjamin Petirpin, Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC.
ECF No. 19. Pursuant to Fed. R. Civ. P. 41(a) and the joint wishes of the party,
Defendants Servis One, Inc. d/b/a BSI Financial Services, Law Offices of Les
Zieve, Benjamin Petirpin, Ventures Trust 2013-I-H-R by MCM Capital Partners,
LLC are dismissed from the above-captioned action with prejudice.

//
//
//

**ORDER DISMISSING DEFENDANTS WITH PREJUDICE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Parties' Stipulated Motion to Dismiss Defendants Servis One, Inc. d/b/a BSI Financial Services; Law Offices of Les Zieve, Benjamin Petirpin, Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, ECF No. 19, is **GRANTED**.

2. Defendants Servis One, Inc. d/b/a BSI Financial Services; Law Offices of Les Zieve, Benjamin Petirpin, Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC are dismissed from this action with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 15th day of December, 2016.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANTS WITH PREJUDICE** + 2