# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAROSLAW NICZYPORUK and AGNES NICZYPORUK,<br><br>Plaintiffs,<br><br>v.<br><br>SERVIS ONE INC., LAW OFFICES OF LES ZIEVE, BENJAMIN PETIPRIN, BANK OF AMERICA, NA, VENTURES TRUST 2013-I-H-R by MCM CAPITAL PARTNERS, LLC, and DOE DEFENDANTS 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | NO. 2:16-cv-00118-SAB<br><br>**ORDER DISMISSING DEFENDANT BANK OF AMERICA, NA, WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss Defendant Bank of America, NA, fka BAC Home Loan Servicing, LP, ECF No. 27. Pursuant to Fed. R. Civ. P. 41(a) and the joint wishes of the party, Defendant Bank of America, NA, fka BAC Home Loan Servicing is dismissed from the above-captioned action with prejudice.

//
//
//
//
//

**ORDER DISMISSING DEFENDANT BANK OF AMERICA, NA, WITH PREJUDICE** ~ 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss Defendant Bank of America, NA, fka BAC Home Loan Servicing, LP, ECF No. 27, is **GRANTED**.
2. All of Plaintiffs' remaining claims against Defendant Bank of America, NA, fka BAC Home Loan Servicing are **DISMISSED WITH PREJUDICE**. There is no award of attorneys' fees or costs to any party.
3. All pending deadlines and trial dates are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE THIS FILE**.

**DATED** this 30th day of May, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANT BANK OF AMERICA, NA, WITH PREJUDICE** + 2